UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:26-cv-02903-WLH-SSC                Date: April 29, 2026

Title        Karia v. Director, U.S. Citizenship and Immigration Services USCIS, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Action Should Not Be Dismissed for Failure to Update Address**

On March 18, 2026, *pro se* Plaintiff Neel Karia filed a complaint in this court.  (ECF 1.)  Along with the complaint, Plaintiff filed a request for the clerk to issue a summons.  (ECF 3.)  The Court denied the request by text entry order explaining that a summons was premature given the need for the Court to screen the complaint.  (ECF 7.)  The copy of the Court's order that was mailed to Plaintiff was returned as undeliverable on April 8, 2026.  (ECF 8.)

Rule 41-6 of the Local Civil Rules for the Central District of California states:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:26-cv-02903-WLH-SSC               Date: April 29, 2026

Title      Karia v. Director, U.S. Citizenship and Immigration Services USCIS, et al.

***Dismissal - Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address***.  A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

As Plaintiff has yet to notify the Court of a change of address, Plaintiff is ORDERED TO SHOW CAUSE in writing, no later than **May 29, 2026**, why this action should not be dismissed for failure to update the address of record.

In the event Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, no later than **May 29, 2026**.

If Plaintiff files a notice of change of address by **May 29, 2026**, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:26-cv-02903-WLH-SSC          Date: April 29, 2026

Title     Karia v. Director, U.S. Citizenship and Immigration Services USCIS, et al.

**Plaintiff is cautioned that failure to file a timely response to this order to show cause will result in a recommendation to the District Judge to dismiss this case for failure to comply with a court order.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |