UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-02903-WLH-SSC                Date: June 1, 2026

Title     Neel Karia v. Director, U.S. Citizenship and Immigration Services USCIS, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|                Teagan Snyder                |                n/a                |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On March 18, 2026, *pro se* Plaintiff Neel Karia filed a complaint in this court.  (ECF 1.)  On April 29, 2026, the Court dismissed the complaint with leave to amend and set a May 29, 2026 deadline for Plaintiff to file a first amended complaint (FAC).  (ECF 10.)  Also on April 29, 2026, the Court issued an order to show cause related to Plaintiff's failure to update the address of record and set a May 29, 2026 deadline for Plaintiff to file a notice of change of address.  (ECF 9.)  The deadlines for filing a FAC and a notice of change of address have passed and the Court has not received any communication from Plaintiff in this matter.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:26-cv-02903-WLH-SSC          Date: June 1, 2026

Title     Neel Karia v. Director, U.S. Citizenship and Immigration Services USCIS, et al.

 

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **June 22, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with court orders.  In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **June 22, 2026.**

If Plaintiff files a FAC and a notice of change of address by **June 22, 2026,** this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file a timely response will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

                                                                    :

                                     Initials of Preparer      **ts**